The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9    AT SEATTLE

10   MOHAMMED AL SAMMARY, an
individual,                                    No. 2:17-CV-00826-RSL

11                                             **STIPULATION AND ORDER OF**
Plaintiff,                          **DISMISSAL WITH PREJUDICE**
12                                             **AND WITHOUT COSTS AND FEES**

13        v.

14   ALLSTATE INDEMNITY COMPANY, a
foreign insurance company,

15        Defendant.

16                          **STIPULATION**

17       Defendant Allstate Indemnity Company ("Allstate") and Plaintiff Mohammed Al

18   Sammary ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that, pursuant

19   to Fed. R. Civ. P. 41, the above-captioned action and all claims asserted therein by Plaintiff

20   against Allstate should be dismissed with prejudice and without attorneys' fees or costs to any

21   party.

22

23

24

25

26

STIPULATION & ORDER OF DISMISSAL
(2:17-CV-00826-RSL) - 1
227244\00202\50280979.v1

1

**ORDER**

THIS MATTER having come before the undersigned on the foregoing stipulation of

Plaintiff and Allstate, and the Court being fully advised of the same, it is hereby ORDERED

THAT the above-captioned action and all claims asserted therein by Plaintiff against Allstate are

hereby dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this **3rd** day of August, 2017.

*MM S Casenik*

The Honorable Robert S. Lasnik
UNITED STATES DISTRICT COURT JUDGE

Presented by:

FOX ROTHSCHILD LLP

By   */s/ Bryan J. Case*
    Gavin W. Skok, WSBA #29766
    Bryan J. Case, WSBA #41781

    *Attorneys for Allstate Indemnity
    Company*

DANN D. SHEFFIELD & ASSOCIATES

By   */s/ Dann D. Sheffield*
    Dann D. Sheffield, WSBA #6815

    *Attorneys for Plaintiff*

STIPULATION & ORDER OF DISMISSAL
(2:17-CV-00826-RSL) - 3
227244\00202\50280979.v1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600